# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 18, 2022

Before

DIANE S. SYKES, *Chief Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| No. 22-8007 | IN RE: BROILER CHICKEN ANTITRUST LITIGATION<br><br>SANDERSON FARMS, INC., et al.,<br>    Petitioners<br>v.<br>AMORY INVESTMENTS LLC, et al.,<br>    Respondents |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-08637<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin ||

The following is before the court:

1. **PETITION FOR PERMISSION TO APPEAL UNDER RULE 23(f)**, filed on June 10, 2022, by counsel for petitioners.

2. **OPPOSITION TO PETITION FOR PERMISSION TO APPEAL UNDER RULE 23(f)**, filed on June 27, 2022, by counsel for the respondent.

3. **MOTION FOR LEAVE TO FILE A SEALED DOCUMENT**, filed on July 8, 2022, by counsel for the petitioners.

**IT IS ORDERED** that the petition for permission to take an interlocutory appeal under Fed. R. Civ. P. 23(f) is **DENIED**.